**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ESSINTIAL ENTERPRISE SOLUTIONS, LLC,<br>Plaintiff,<br>v.<br>UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*,<br>Defendants. | Case No. 1:22-cv-01507-JPW<br>(Wilson, J.)<br>Filed Electronically |

**DEFENDANTS' NOTICE OF APPEAL**

Per 28 U.S.C. § 1291, Defendants United States Small Business Administration ("SBA"), Kelly Loeffler, in her official capacity as Administrator of the SBA, Scott Bessent, in his official capacity as Secretary of the Treasury of the United States, and the United States of America hereby provide notice that they appeal the District Court's December 30, 2024 final decision denying their motion

for summary judgment and granting in part the Plaintiff's motion for summary judgment.[1]

Respectfully submitted:

JOHN C. GURGANUS
Acting United States Attorney

/s/ Michael J. Butler
Michael J. Butler (PA 81799)
Assistant United States Attorney
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
Tel: (717) 221-4482
Email: Michael.J.Butler@usdoj.gov

Date: February 27, 2025

[1] Secretaries Loeffler and Bessent are hereby substituted per Fed. R. Civ. P. 25(d), as public officials sued in their official capacities.

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ESSINTIAL ENTERPRISE SOLUTIONS, LLC, | : | |
| | : | CIVIL NO.: 1:22-cv-01507-JPW |
| Plaintiff, | : | |
| | : | (Wilson, J.) |
| v. | : | |
| | : | |
| THE UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | : | |
| | : | |
| Defendants. | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers, and that on February 27, 2025, he served a copy of the attached:

**DEFENDANTS' NOTICE OF APPEAL**

by electronic service pursuant to Local Rule 5.7 and Standing Order 05-6 & 12.2 to the following individuals:

Danny P. Cerrone Jr., Esquire dcerrone@clarkhill.com
Bret S. Wacker, Esquire bwacker@clarkhill.com
J. Chris White, Esquire jwhite@clarkhill.com

/s/ Michael J. Butler
Michael J. Butler